IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL DAVID HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:11-CV-1044 |
| | ) |
| | ) JUDGE NIXON |
| CITY OF DICKSON, TENNESSEE, | ) |
| and SETH GOODWIN, | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## DEFENDANTS' WITNESS LIST

Come now Defendants CITY OF DICKSON, TENNESSEE and SETH GOODWIN, and state that, in addition to those persons identified by the Plaintiff, the following are identified as witnesses who will testify at the trial of this matter:

1. Defendant Seth Goodwin
2. Ricky Chandler, Dickson Public Safety Director
3. David B. Higgins, Dickson Fire Department
4. Jeff S. Salewskey, Dickson Fire Department
5. James Eubanks, Dickson Police Department
6. Cesar Gracia

Defendants also identify the following as persons who may testimony at the trial of this matter:

1. William Goodman
2. Todd Christian

3. Jonathan Forrest

4. Robert Odom

        Respectfully submitted,

        BATSON NOLAN PLC


        By: /s/ Kathryn W. Olita
         Mark Nolan, BPR 015859
         Kathryn W. Olita, BPR 023075
         Counsel for the Defendants
         121 South Third Street
         Clarksville, Tennessee 37040
         (931) 647-1501

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system or other appropriate means to:

  Hilary Hiland Duke
  Timothy V. Potter
  Reynolds, Potter, Ragan & Vandivort
  210 East College Street
  Dickson, TN 37055
  *Attorneys for Plaintiffs*

on this 13th day of September, 2013.

        BATSON NOLAN


        By: /s/ Kathryn W. Olita