# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PAUL DAVID HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-01044 |
| v. | ) | |
| | ) | Judge Nixon |
| CITY OF DICKSON, TENNESSEE and | ) | Magistrate Judge Knowles |
| SETH GOODWIN, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |
| | ) | |

## ORDER

Pending before the Court is the Parties' Joint Motion to Extend Pretrial Deadlines

("Motion"). (Doc. No. 75.) The Parties state that this matter is currently scheduled for a Judicial

Settlement Conference on September 18, 2013, where the Parties expect to reach an agreement.

(*Id.*) However, should the Parties not reach an agreement, they request the Court extend the

pretrial deadlines until after the settlement conference. (*Id.*)

Accordingly, the Court **GRANTS** the Motion and **CONTINUES** pre-trial deadlines in

this matter to **Monday, October 14, 2013.**

It is so ORDERED.

Entered this the _18th_ day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT