```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

PAUL DAVID HARRISON,            )
                                )
        Plaintiff               )
                                )       Case No. 3:11-1044
v.                              )       Judge Nixon/Knowles/Brown
                                )       **Jury Demand**
CITY OF DICKSON, TENNESSEE,     )
and SETH GOODWIN,               )
                                )
        Defendants              )

## SETTLEMENT AGREEMENT

The parties have reached settlement terms in this matter. Accordingly, the parties are requested to submit an order of dismissal to Judge Nixon to dismiss this case with prejudice. The necessary paperwork should be submitted within **30 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Nixon.

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge